**BURNS BOWEN BAIR LLP**
Timothy W. Burns
Jesse J. Bair
One South Pinckney St., Suite 930
Madison, Wisconsin 53703
Telephone:    (608) 286-2808
Email:           tburns@bbblawllp.com
                      jbair@bbblawllp.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York<br>            Debtor. | Chapter 11<br><br>Case No. 20-12345-scc<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>            Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY, et al.,<br><br>            Defendants. | Adv. Proc. No. 20-01227 (SCC)<br><br>20-CV-11011 (VEC)<br><br>21-CV-00071 (ER) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Timothy W. Burns, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the *Official Committee of Unsecured Creditors* of the Roman Catholic Diocese of Rockville Centre, New York in the above-captioned action.

I certify that I am a member in good standing of the Bar of the States of Wisconsin, Illinois, and Missouri, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   February 2, 2021

Respectfully Submitted,

BURNS BOWEN BAIR LLP

*s/ Timothy W. Burns*
Timothy W. Burns
One South Pinckney St., Suite 930
Madison, WI  53703
Telephone:  (608) 286-2302
Email:  tburns@bbblawllp.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*