**BURNS BOWEN BAIR LLP**
Timothy W. Burns
Jesse J. Bair
One South Pinckney St., Suite 930
Madison, Wisconsin 53703
Telephone:     (608) 286-2808
Email:             tburns@bbblawllp.com
                       jbair@bbblawllp.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York<br>    Debtor.<br><br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>    Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY, et al.,<br><br>    Defendants. | Chapter 11<br><br>Case No. 20-12345-scc<br><br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br><br>Adv. Proc. No. 20-01227 (SCC)<br><br><br>20-CV-11011 (VEC)<br><br>21-CV-00071 (ER) |

   I, Timothy W. Burns, declare under penalty of perjury as follows:

   1.  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of my motion for admission Pro Hac Vice to appear as counsel for the *Official Committee of Unsecured Creditors* of the Roman Catholic Diocese of Rockville Centre, New York in the above-captioned case.

2. I am a member in good standing of the Bar of the States of Wisconsin, Illinois, and Missouri, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

3. Attached as Exhibit A are Certificates of Good Standing issued by the Supreme Courts of the States of Wisconsin, Illinois and Missouri.

I declare under penalty of perjury under the law of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Dated: February 2, 2021              *s/ Timothy W. Burns*
Madison, WI                               Timothy W. Burns