# EXHIBIT A



# WISCONSIN SUPREME COURT

### OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## CERTIFICATE OF GOOD STANDING

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**TIMOTHY W. BURNS**

*was admitted to practice as an attorney within this state on February 19, 2008 and is presently in good standing in this court.*

Dated: January 27, 2021

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Timothy Wilson Burns

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 06/03/1997 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 27th day of January, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/27/1991,

## Timothy Wilson Burns

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 27th day of January, 2021.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri