UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> The Roman Catholic Diocese of Rockville Centre, New York <br>　　　　Debtor. | Chapter 11 <br><br> Case No. 20-12345-scc <br><br> **ORDER ON MOTION FOR ADMISSION PRO HAC VICE** |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, <br><br>　　　　Plaintiff, <br><br> against <br><br> ARROWOOD INDEMNITY COMPANY, et al., <br><br>　　　　Defendants. | Adv. Proc. No. 20-01227 (SCC) <br><br><br> 20-CV-11011 (VEC) <br><br> 21-CV-00071 (ER) |

　　　The motion of Timothy W. Burns, for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　Applicant has declared that he is a member in good standing of the Bar of the States of Wisconsin, Illinois, and Missouri, and that his contact information is as follows:

　　Timothy W. Burns
　　BURNS BOWEN BAIR LLP
　　One South Pinckney St., Suite 930
　　Madison, Wisconsin 53703
　　Telephone:　(608) 286-2808
　　Email:　　　tburns@bbblawllp.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____

                                                      United States District Judge