**PACHULSKI STANG ZIEHL & JONES LLP**
James I. Stang, Esq. (*pro hac vice* pending)
10100 Santa Monica, Boulevard, 11th Floor
Los Angeles, California 90067
Telephone:     (310) 277-6910
Facsimile:     (310) 201-0760
Email:          jstang@pszjlaw.com

-and-

Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:     (212) 561-7700
Facsimile:     (212) 561-7777
Email:          kdine@pszjlaw.com
                ischarf@pszjlaw.com
                bmichael@pszjlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York<br>        Debtor. | Chapter 11<br><br>Case No. 20-12345-scc<br><br><br>**DECLARATION OF JAMES I. STANG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>        Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY, et al.,<br><br>        Defendants. | Adv. Proc. No. 20-01227 (SCC)<br><br><br>20-CV-11011 (VEC)<br><br>21-CV-00071 (ER) |

DOCS_LA:335594.1

I, James I. Stang declare under penalty of perjury as follows:

1.        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of my motion for admission Pro Hac Vice to appear as counsel for the *Official Committee of Unsecured Creditors* of the Roman Catholic Diocese of Rockville Centre, New York.

2.        I am a member in good standing of the Bar of the State of California and, if applicable, the Bar of the United States District Court for the Central, Eastern, Northern, and Southern Districts of California.

3.        There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.        Attached as Exhibit A is a Certificate of Good Standing of the Bar of the State of California issued by the California Supreme Court.

Dated:  February 16, 2021
Los Angeles, CA

_____
James I. Stang