UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York<br>        Debtor. | Chapter 11<br><br>Case No. 20-12345-scc<br><br>**ODER FOR ADMISSION PRO HAC VICE** |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>        Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY, et al.,<br><br>        Defendants. | Adv. Proc. No. 20-01227 (SCC)<br><br><br><br>20-CV-11011 (VEC)<br><br>21-CV-00071 (ER) |

The motion of James I. Stang, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California and, the Bar of the United States District Court for the Central, Eastern, Northern, and Southern Districts of California; and that his contact information is as follows:

    James I. Stang, Esq.
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica, Boulevard, 11th Floor
    Los Angeles, California 90067
    Telephone:    (310) 277-6910
    Facsimile:    (310) 201-0760
    Email:    jstang@pszjlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as Special Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                             _____

                                                                                                United States District Judge