UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK, :

         Plaintiff,                   20-CV-11011 (VEC)

   v.                               **NOTICE OF MOTION**

ARROWOOD INDEMNITY COMPANY, :

         Defendant. :
------------------------------------- X

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF MOTION TO BE REINSTATED AS A PARTY

    PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Diocese of Rockville Centre, New York (the "**Debtor**"), upon the accompanying memorandum of law, will move this Court, before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order reinstating the Committee as a party to this action, pursuant to Federal Rule of Civil Procedure 21 and this Court's directive in its May 17, 2021 Opinion and Order. Dkt. 42 at 21.[1]

---

[1] *Id.* ("If any party or entity believes it should be included as a party in this matter, it is welcome to file such a motion in accordance with the Federal Rules of Civil Procedure.").

Dated: May 28, 2021        **BURNS BOWEN BAIR LLP**

*Timothy W. Burns*
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
One South Pinckney St., Suite 930
Madison, Wisconsin 53703
Telephone:    (608) 286-2808
Email:    tburns@bbblawllp.com
          jbair@bbblawllp.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

**PACHULSKI STANG ZIEHL & JONES LLP**

Karen B. Dine, Esq.
Ilan D. Scharf, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    ischarf@pszjlaw.com
          kdine@pszjlaw.com
          bmichael@pszjlaw.com

-and-

James I. Stang (admitted *pro hac vice*)
10100 Santa Monica, Boulevard, 11th Floor
Los Angeles, California 90067
Telephone:    (310) 277-6910
Facsimile:    (310) 201-0760
Email:    jstang@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*