


Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.cmg.law

350 Mount Kemble Ave.
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

ADAM M. SMITH
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

June 4, 2021

**Via ECF**
The Honorable Valerie Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 100007

Re: **The Roman Catholic Diocese of Rockville Centre, New York v. Arrowood Indemnity Company**
**USDC, SDNY Case No.: 20-CV-11011(VEC)**
**Our File No.: R0078-00181**

Dear Judge Caproni,

We represent defendant Arrowood Indemnity Company in the above-referenced matter. We are in receipt of today's Order from Your Honor adjourning the telephonic pretrial conference that have been scheduled for 2:00 p.m. today and rescheduling it as an in-person pretrial conference on Tuesday, June 8 at 3:00 p.m. Please be advised that the undersigned has a scheduling conflict on Tuesday, June 8, due to a previously scheduled court proceeding to be conducted virtually between 2:30 p.m. and 3:30 p.m. on June 8. Accordingly, we hereby request that the pre-trial conference in the above-referenced matter be rescheduled for Tuesday, June 8 at 4:00 p.m., which would provide sufficient time to travel to the courthouse for same.

All counsel that were served with today's Order have consented to this request. Should Your Honor have any questions, please do not hesitate to contact us.

Respectfully yours,

COUGHLIN MIDLIGE & GARLAND LLP

*Adam M. Smith*

Adam M. Smith

cc: All counsel via ECF

Application GRANTED.

The pre-trial conference currently scheduled for Tuesday, June 8, 2021 at 3:00 P.M. is hereby adjourned to **Tuesday, June 8, 2021 at 4:00 P.M.** For courthouse entry requirements and the public dial in information, the parties should consult the Court's Order at docket entry 47.

SO ORDERED.

Date: June 4, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE