USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
THE ROMAN CATHOLIC DIOCESE OF :
ROCKVILLE CENTRE, NEW YORK, :
:
                                      Plaintiff, :      20-CV-11011 (VEC)
:
               -against- :      <u>ORDER</u>
:
ARROWOOD INDEMNITY COMPANY, :
:
                                    Defendant. :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 8, 2021, the parties appeared for a pretrial conference in this matter;

       IT IS HEREBY ORDERED that the parties must file the following filings from the docket in the adversary proceeding (20-AP-1227) on the docket in this matter:

1. On **Monday, June 14, 2021**, the Diocese must file the Complaint.

2. On **Tuesday, June 15, 2021**, Arrowood must file its Answer.

3. On **Wednesday, June 16, 2021**, the Diocese must file its Motion for Judgment on the Pleadings.

4. On **Thursday, June 17, 2021**, Arrowood must file its opposition to the Motion for Judgment on the Pleadings.

5. On **Friday, June 18, 2021**, the Diocese must file its reply in support of its Motion.

       IT IS FURTHER ORDERED that by no later than **Friday, June 18, 2021**, the parties must jointly inform the Court whether they believe any other filings currently on the docket of the adversary proceeding (20-AP-1227) should be before this Court. Moving forward, the Court will only consider filings on its docket. The Court will decide whether the Unsecured Creditors Committee's Joinder in the Diocese's Motion for Judgment on the Pleadings (20-AP-1227, Dkt.

70) should be filed in this matter after the Court decides the Unsecured Creditors Committee's Motion to Be Added as a Party.

IT IS FURTHER ORDERED that by no later than **Friday, June 18, 2021**, the Diocese must send a courtesy copy of all papers relevant to the Motion for Judgment on the Pleadings to Chambers, in line with Rule 4(C) of the undersigned's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that the Unsecured Creditors Committee's supplemental brief in support of its Motion to Be Added as a Party is due no later than **Friday, June 18, 2021**. The supplemental brief should address, although it is not limited to, the question of whether the Court's withdrawal of the bankruptcy reference and its finding that this matter involves non-core claims influence the Committee's intervention rights. The Diocese and Arrowood's responses in opposition or support of the Committee's Motion are due no later than **Friday, July 2, 2021**. The Committee's response in support of its Motion is due no later than **Friday, July 9, 2021**.

IT IS FURTHER ORDERED that by no later than **Friday, June 18, 2021**, the parties must inform the Court whether the Diocese opposes Arrowood's filing of an Amended Answer in this matter. If the Diocese does not oppose, Arrowood must file its Amended Answer by no later than **Friday, June 25, 2021**. If the Diocese opposes, Arrowood may file a Motion to Amend by no later than **Friday, June 25, 2021**. The Motion to Amend must attach clean and redlined copies of the proposed amended pleading as exhibits to the Motion. The Diocese's response in opposition is due no later than **Friday, July 9, 2021**. Arrowood's reply in support is due no later than **Friday, July 16, 2021**.

IT IS FURTHER ORDERED that the parties must continue to meet and confer about informal discovery and a possible protective order in this matter. The parties must update the Court about the status of these discussions by no later than **Friday, August 6, 2021**.

3

**SO ORDERED.**

**Date: June 9, 2021**
      **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**