REED SMITH LLP
Christopher A. Lynch, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: clynch@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (*pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-12345-scc |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>      Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY fka Royal Insurance Company, also fka Royal Globe Insurance Company; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON & CERTAIN LONDON MARKET COMPANIES namely Allianz International Ltd., Ancon Insurance Co. (UK) Ltd., Assicurazioni Generali T.S., British National Insurance Co. Ltd. formerly known as British National Life Insurance Society Ltd., CX Reinsurance Co. Ltd. formerly known as C.N.A. Re of London, Compagnie d'Assurancet Maritimes et Terrestres now known as Allianz Global Corporate & Specialty (France), Dominion Insurance Co. Ltd., Excess Insurance Co. Ltd., Lexington Insurance Co., London & Edinburgh General Insurance Co. Ltd., Sovereign Marine & General Insurance Co. Ltd., St. Katherine Insurance Co. Ltd., Storebrand Insurance Ltd., Taisho Marine & Fire (UK) Ltd., Terra Nova Insurance Co. Ltd., Tokio Marine & Fire (UK) Ltd., Turegum Insurance | Adv. Pro. No. 20-1227-scc<br><br>**<u>NOTICE OF MOTION</u>** |

Co. Ltd., Unionamerica Insurance Co. Ltd. and Yasuda Fire
& Marine (UK) Ltd.; ALLIANZ UNDERWRITERS
INSURANCE COMPANY; ASSOCIATED
INTERNATIONAL INSURANCE COMPANY;
COLONIAL PENN INSURANCE COMPANY;
FIREMAN'S FUND INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY;
NATIONAL SURETY CORPORATION and DOE
INSURANCE COMPANIES 1 through 10,

      Defendants.

### NOTICE OF PLAINTIFF AND DEBTOR IN POSSESSION THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO STAY PROCEEDINGS ON THE DUTY TO INDEMNIFY

**TO:**    **THE HONORABLE SHELLEY C. CHAPMAN**
       **UNITED STATES BANKRUPTCY JUDGE**

**PLEASE TAKE NOTICE**, that on March 22, 2021 at 11:00 A.M. (Eastern), or as soon thereafter as counsel may be heard, Plaintiff and Debtor in Possession The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"), by and through its undersigned counsel, will move before the Honorable Shelley C. Chapman, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004 for an Order in substantially the form annexed hereto, pursuant to Federal Rule of Civil Procedure 12(c) (made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure) and 11 U.S.C. § 105(a), granting the Diocese judgment on the pleadings, staying further proceedings on the duty to indemnify, and granting such other and further relief as the Court deems appropriate (the "Motion"). In support of the Motion, the Diocese has submitted the accompanying Memorandum of Law and the Declaration of John B. Berringer, dated February 16, 2021, and all exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be filed and served in the manner described in the accompany Notice of Hearing so as to be received by Counsel for the Diocese no later than **March 11, 2021 at 5:00 P.M. (Eastern)**.

Dated: February 16, 2021
      New York, New York

Respectfully submitted,

**REED SMITH LLP**


     */s/Christopher A. Lynch*

Christopher A. Lynch
John B. Berringer
599 Lexington Avenue
New York, NY 10022
T:  (212) 521-5400
F:  (212) 521-5450
clynch@reedsmith.com
jberringer@reedsmith.com

and

Timothy P. Law (*pro hac vice*)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
T:  (215) 851-8100
F:  (215) 851-1420
tlaw@reedsmith.com