

**John B. Berringer**
Direct Phone: +1 212 205 6010
Email: jberringer@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

June 18, 2021

**VIA ECF**
Hon. Valerie Caproni
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: The Roman Catholic Diocese of Rockville Centre, N.Y. v. Arrowood Indemnity Co.
20-CV-11011 (VEC)

Dear Judge Caproni:

We represent the plaintiff The Roman Catholic Diocese of Rockville Centre, N.Y. (the "Diocese") and respectfully submit this letter pursuant to the Court's June 9, 2021 Order [ECF No. 50] regarding Arrowood Indemnity Company's proposed Amended Answer.

The Diocese has reviewed Arrowood's proposed Amended Answer and has communicated to Arrowood that the Diocese does not consent to the filing. While the Diocese has a number of grounds to object, which the Diocese will address in response to Arrowood's anticipated motion to amend its Answer, the Diocese believes that any amendments to the pleadings by *either* party should await the Court's ruling on the pending motion for judgment on the pleadings. That ruling is likely to provide substantial guidance to the parties, inform what the amended pleadings should look like, and streamline any future motion practice. Indeed, the Court's ruling could resolve much of the dispute, rendering moot substantial aspects of Arrowood's proposed Amended Answer.

The Diocese sought Arrowood's consent to defer any amendments of the pleadings until after the Court rules on the pending motion for judgment on the pleadings, but Arrowood declined. The parties have, however, previously agreed that the motion for judgment on the pleadings is fully briefed and ready for decision.

Respectfully submitted,

REED SMITH

*s/John B. Berringer*

JBB/bt
cc: All Counsel of Record (via ECF)