USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>ARROWOOD INDEMNITY COMPANY f/k/a Royal Insurance Company also f/k/a Royal Globe Insurance Company,<br><br>Defendant. | Civil Action No.: 20-CV-11011 (VEC)<br><br>**STIPULATION**<br><br>*Document Electronically Filed* |

This matter having come before the Court by stipulation and consent of plaintiff, Roman Catholic Diocese of Rockville Centre, New York (Diocese); defendant, Arrowood Indemnity Company (f/k/a Royal Indemnity Company), as successor by merger to Royal Insurance Company of America improperly plead as Arrowood Indemnity Company f/k/a Royal Insurance Company also f/k/a Royal Globe Insurance Company ("Arrowood"); and non-party, the Official Committee of Unsecured Creditors (the "Committee") of the Diocese (collectively the "Parties") for entry of an order permitting the Committee to be reinstated as a party to this action subject to the limitations set forth below; and the Parties, by, between and among their respective counsel, having stipulated and agreed to the terms set forth herein, and good cause having been shown;

IT IS HEREBY ORDERED that:

1. This Stipulation will resolve the Committee's Motion to be Reinstated as a Party (ECF Doc#46), which will be deemed to have been withdrawn by the Committee once this Order is entered.

2. Pursuant to Federal Rule of Civil Procedure 21, the Committee will be added

as a party to this litigation, subject to the following limitations;

  a. The Committee shall not be required to respond to the Complaint or any other pleadings;

  b. The Committee shall neither propound nor be required to respond to discovery;

  c. The Committee shall not be served or otherwise provided with written or document discovery exchanged between the Diocese and Arrowood; and

  d. Subject to c. above, the Committee shall be served with all documents filed in this litigation and shall have the right to participate in all conferences and respond to all filings, however, the Committee shall have no right to seek any affirmative relief in this litigation.

  e. The aforementioned limitations are subject to any further direction that the Court may provide, including, but not limited to, the Court entering a protective order or other appropriate relief to restrict or expand the Committee's participation in this litigation based on the circumstances presented to the Court by the parties; and the Committee's participation in this litigation also remains subject to any protective orders entered into between the Diocese and Arrowood.

3. This Stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original, and electronic signatures shall be deemed original signatures.

> The Unsecured Creditors Committee is hereby reinstated as a party. By no later than **Wednesday, June 23, 2021**, the Committee may file its joinder in support of the Diocese's motion for a judgment on the pleadings on the docket in this matter. The Court reminds the parties that it will not consider any filings not on its docket, even if the document was previously filed before the bankruptcy court.
>
> The Clerk of Court is respectfully directed to close the open motion at docket entry 46. The Clerk is further directed to reinstate the Official Committee of Unsecured Creditors of the Roman Catholic Diocese of Rockville Centre, New York as a party in this case.
>
>    Agreed to this  21  day of June 2021.
>
>                                                  SO ORDERED:
>
>                                                Valerie Caproni
>                                                United States District Judge
>
>                                                DATED: June  21 , 2021

| | |
|---|---|
| Dated: June __, 2021 | REED SMITH LLP |
| | By: */s/ John B. Berringer*<br>John B. Berringer, Esq.<br>599 Lexington Avenu<br>New York, NY 10022-7650<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>Email: jberringer@reedsmith.com<br><br>*Counsel for the Plaintiff* |
| Dated: June __, 2021 | COUGHLIN MIDLIGE & GARLAND LLP |
| | By: */s/ Karen H. Moriarty*<br>Kevin T. Coughlin<br>Adam M. Smith<br>Karen H. Moriarty<br>Wall Street Plaza<br>88 Pine Street, 28th Floor<br>New York, New York 10005<br>Phone: 212-483-0105<br>Fax: 212-480-3899<br>E-mail: KCoughlin@cmg.law<br>ASmith@cmg.law<br>KMoriarty@cmg.law |

*Counsel for Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor by merger to Royal Insurance Company of America*

and

PORZIO, BROMBERG & NEWMAN, P.C.
Brett S. Moore
Robert M. Schechter
156 West 56th Street. Suite 803
New York, NY 10019-3800
Phone: (212) 265-6888
Fax: (212)957-3983
E-mail: bsmoore@pbnlaw.com
rmschechter@pbnlaw.com
*Co-Counsel to Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor by merger to Royal Insurance Company of America*

Dated: June \_\_, 2021            BURNS BOWEN BAIR LLP

By: */s/ Jesse J. Bair*
    Timothy W. Burns (admitted *pro hac vice*)
    Jesse J. Bair (admitted *pro hac vice*)
    One South Pinckney St., Suite 930
    Madison, Wisconsin 53703
    Telephone: (608) 286-2808
    Email: tburns@bbblawllp.com
    jbair@bbblawllp.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

PACHULSKI STANG ZIEHL & JONES LLP
Karen B. Dine, Esq.
Ilan D. Scharf, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor New York, New York 10017 Telephone: (212) 561-7700

4

Facsimile: (212) 561-7777
Email: ischarf@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

and

James I. Stang (admitted *pro hac vice*)
10100 Santa Monica, Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*