**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No: 20-CV-11011 (VEC) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION** |
| ARROWOOD INDEMNITY COMPANY f/k/a Royal Insurance Company also f/k/a Royal Globe Insurance Company, | |
| Defendant. | |

**ARROWOOD INDEMNITY COMPANY'S NOTICE OF MOTION FOR LEAVE TO AMEND ITS ANSWER**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; the Declaration of Adam M. Smith, Esq. and exhibits thereto, and all other pleadings on file in this action, Defendant, Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor by merger to Royal Insurance Company of America - improperly plead as ARROWOOD INDEMNITY COMPANY f/k/a Royal Insurance Company also f/k/a Royal Globe Insurance Company ("Arrowood") - will move this Court, before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time convenient for the Court, for entry of an order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure granting Arrowood leave to file an amended Answer with Counterclaim, and for such other and further relief to which it may be entitled.

Dated: June 25, 2021
      New York, New York

                           Respectfully submitted,

                           */s/ Adam M. Smith*____
                           Kevin T. Coughlin
                           Adam M. Smith
                           Karen H. Moriarty
                           COUGHLIN MIDLIGE & GARLAND LLP
                           Wall Street Plaza
                           88 Pine Street, 28th Floor
                           New York, New York 10005
                           Phone: 212-483-0105
                           Fax: 212-480-3899
                           E-mail: KCoughlin@cmg.law
                                     ASmith@cmg.law
                                     KMoriarty@cmg.law
                           *Counsel for Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor by merger to Royal Insurance Company of America*

                           and

                           PORZIO, BROMBERG & NEWMAN, P.C.
                           Warren J. Martin, Jr.
                           Brett S. Moore
                           Christopher P. Mazza
                           156 West 56th Street, Suite 803
                           New York, NY 10019-3800
                           Phone: (212) 265-6888
                           Fax: (212)957-3983
                           E-mail: wjmartin@pbnlaw.com
                                     bsmoore@pbnlaw.com
                                     cpmazza@pbnlaw.com
                         *Co-Counsel to Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor by merger to Royal Insurance Company of America*

2