UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY, et al.,

                Defendants.

CIVIL ACTION NOS.: 20 Civ. 11011 (JLR) (SLC)
21 Civ. 71 (JPC) (SLC)
21 Civ. 7706 (AKH) (SLC)
21 Civ. 9304 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

As the parties are aware, these actions have now been referred to the undersigned for settlement purposes and a telephone conference has been scheduled for Friday, April 14, 2023 at 10:00 am to discuss the parties' interest in the Court's facilitation of their settlement discussions. The Courts expects the parties to meet and confer prior to the conference and to be prepared to discuss each stakeholder's interest in and specific availability for a settlement conference.

Dated:    New York, New York
           April 12, 2023                    SO ORDERED.

                                                            **SARAH L. CAVE**
                                                             United States Magistrate Judge