UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                       Plaintiff,<br><br>-v-<br><br>ARROWOOD INDEMNITY COMPANY, et al.,<br><br>                       Defendants. | CIVIL ACTION NOS.: 20 Civ. 11011 (JLR) (SLC)<br>                           21 Civ. 71 (JPC) (SLC)<br>                           21 Civ. 7706 (AKH) (SLC)<br>                           21 Civ. 9304 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

       A telephone conference, in which the Co-Mediator, Paul Van Osselaer, is also invited to participate, is scheduled for **Friday, April 21, 2023 at 12:00 pm** on the Court's conference line to discuss scheduling settlement conferences in these actions. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
               April 18, 2023                      SO ORDERED.

                                                                                                                                                     */s/ Sarah L. Cave*
                                                                                               **SARAH L. CAVE**
                                                                                                **United States Magistrate Judge**