UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>Defendant. | Civil Action No.: 1:20-cv-11011-JLR-SLC<br><br>**ADDENDUM TO CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER** |

      This Addendum modifies the Confidentiality Stipulation and Protective Order entered on June 28, 2023 (ECF No. 158) in the above-captioned action. It is agreed that the following Paragraph 12 is added to and made a part of the Confidentiality Stipulation and Protective Order:

      12.    To the extent any party intends to use Confidential Information that was produced by a non-party subject to a valid subpoena at any hearing, trial, or other public court appearance, the party intending to use such Confidential Information shall provide reasonable advance notice to the producing non-party so that the producing non-party has the opportunity to move for an extension of this Confidentiality Stipulation and Protective Order prior to the introduction of such Confidential Information in a public setting.

SO STIPULATED AND AGREED.

Dated: New York, New York
         July 5, 2023

                                          SO ORDERED.   7/6/2023

                                          SARAH L. CAVE
                                          United States Magistrate Judge