UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                              Plaintiff,<br><br>    -v-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>                              Defendant. | CIVIL ACTION NO.: 20 Civ. 11011 (JLR) (SLC)<br><br>**SETTLEMENT CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

A settlement conference with the counsel and professionals of Plaintiff The Roman Catholic Diocese of Rockville Centre, New York, its Parishes, Official Committee of Unsecured Creditors, and any potential third-party releasees who wish to participate,[1] is scheduled for **Wednesday, September 27, 2023** and **Thursday, September 28, 2023** and will take place beginning at **9:30 a.m.** in person in Courtroom 18A, 500 Pearl Street, New York, NY 10007. Counsel seeking to bring electronic devices to the Courtroom and/or have WiFi access in the Courtroom <u>must</u> complete and submit the attached form to Chambers (Cave_NYSDchambers@nysd.uscourts.gov) by **September 22, 2023 at 12:00 p.m.**

Dated:   New York, New York
         September 21, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] The Court dockets this Order in 20 Civ. 11011 for administrative purposes only. Defendant Arrowood Indemnity Company is not requested to attend the settlement conference.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:  _____

_____
United States Judge

Revised: July 1, 2019.