UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>         Plaintiff,<br><br> -v-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>         Defendant. | CIVIL ACTION NO.: 20 Civ. 11011 (JLR) (SLC)<br><br>**ORDER**[1] |

**SARAH L. CAVE**, United States Magistrate Judge:

The parties' request at ECF No. 171 for an extension of the discovery schedule is GRANTED, and the Court orders as follows:

1. All fact discovery shall be completed by **December 29, 2023**.

2. By **December 5, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of fact discovery.

3. By **January 5, 2024**, the parties shall file a joint letter (the "Letter") certifying the completion of fact discovery.

4. The deadline for completion of expert discovery is HELD IN ABEYANCE pending the Court's receipt of the Letter, in which the parties shall also state whether they anticipate the need for expert discovery.

5. A telephone conference is scheduled for **Thursday, December 14, 2023 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

---

[1] This Order supersedes the Court's October 18, 2023 Order (ECF No. 172).

Dated:        New York, New York
                November 8, 2023

                                                       SO ORDERED.

                                         _____
                                         **SARAH L. CAVE**
                                         **United States Magistrate Judge**