UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Plaintiff,<br><br>-v-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 20 Civ. 11011 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

The Court has learned that the Insurance Commissioner of the State of Delaware has commenced an insolvency proceeding (the "Insolvency Proceeding") regarding Defendant Arrowood Indemnity Company. Accordingly, the parties shall promptly meet and confer and, by **November 17, 2023**, file a joint letter, no longer than three (3) pages, reporting on the impact of the Insolvency Proceeding on this case.

Dated:   New York, New York
         November 9, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**