UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                      Plaintiff,<br><br>-against-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>                      Defendant. | Case No. 20-cv-11011 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On November 8, 2023, the Court of Chancery of the State of Delaware entered a Liquidation and Injunction With Bar Date Order (the "Liquidation Order") in relation to insolvency proceedings regarding Arrowood Indemnity Company ("Arrowood"). *See* ECF No. 175 at 3-19. The Liquidation Order "prohibit[s]" all "persons and entities that have notice of these proceedings or of this Order" from, among other things, "instituting or further prosecuting any action at law or in equity or in other proceedings against Arrowood" or "in any way interfering with the Receiver." *Id.* at 9-10. In the case before this Court, the parties "acknowledge that a stay is now in place regarding the above-referenced matter based upon the Liquidation Order, or that if an Order from this Court is needed to effectuate the stay in the Liquidation Order, that it should be entered." *Id.* at 1.

      In light of the foregoing, the Court orders that this case is STAYED. The parties shall submit a joint status letter (a) within three days after the Court of Chancery and/or the Receiver takes action that would impact the stay in the present case or (b) by December 21, 2023, whichever is sooner.

Dated: November 17, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge