UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                  Plaintiff,<br><br>-v-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>                  Defendant. | CIVIL ACTION NO.: 20 Civ. 11011 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Having reviewed the parties' March 1, 2024 letter (ECF No. 190), in which Defendant requests permission to fie a letter-motion (the "Letter-Motion) concerning certain outstanding discovery issues, the Court orders as follows:

1. By **March 8, 2024**, Defendant shall file the Letter-Motion.

2. By **March 13, 2024**, Plaintiff shall file its response to the Letter-Motion.

3. The Court will discuss the issues raised in the Letter-Motion at the telephone conference scheduled for March 18, 2024 (see ECF No. 189 ¶ 2).

Dated:      New York, New York
              March 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**