UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

    Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

    Defendant.

CIVIL ACTION NO.: 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

This action having been stayed (ECF No. 196), the telephone conference scheduled for March 18, 2024 (ECF No. 189 ¶ 2) is CANCELLED and the Court's March 4, 2024 Order (ECF No. 191) is VACATED.

Dated:    New York, New York
           March 7, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge