UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                          Plaintiff,<br><br>-v-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>                          Defendant. | CIVIL ACTION NO.: 20 Civ. 11011 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

After review of the parties' joint status letter (ECF No. 209), it is ORDERED as follows:

1. On or before **February 11, 2025**, counsel shall meet and confer and file a joint proposed case management plan, via ECF, signed by counsel for each party. To the extent the parties disagree about any portion of the proposed case management plan, they may set forth their respective proposals for the disputed provision. Any such disputes will be discussed at the case management conference.

2. A case management conference is scheduled for **Tuesday, February 18, 2025 at 3:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
            January 28, 2025

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**