IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>  Plaintiff,<br><br>  v.<br><br>ARROWOOD INDEMNITY COMPANY, in Liquidation,<br><br>  Defendant. | Case No. 20-cv-11011 (JLR) (SLC) |

**ORDER GRANTING SUBSTITUTION OF THE PLAINTIFF**

This matter came before the Court on the parties' joint stipulation for an order substituting Alan D. Halperin (the "Trustee") of the DRVC Abuse Claims Trust (the "Trust") for the Roman Catholic Diocese of Rockville Centre, New York (the "Diocese") as the Plaintiff in this insurance coverage action.

**IT IS ORDERED:**

1. The Trust is substituted for the Diocese as the Plaintiff.

2. Hereinafter, the caption of the present case is amended to reflect Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust, as the Plaintiff.

3. Upon substitution of the parties, counsel for the Trustee shall file a notice of appearance, the Diocese shall be terminated as a party to this action, the Official Committee of Unsecured Creditors (the "Committee") shall be terminated as a party to this action, and counsel for the Diocese may withdraw their appearances in the case.

4. This substitution does not affect the Diocese's obligations under the Modified Chapter 11 Plan of Reorganization Proposed by the Roman Catholic Diocese of Rockville Centre,

New York and Additional Debtors. *See In re Diocese of Rockville Centre*, No. 20-12345-mg, ECF Nos. 3447 & 3465.

5.      The Diocese shall cooperate with the Trust to respond to discovery consistent with the Federal Rules of Civil Procedure governing the scope of discovery from a party even though it will no longer be a party (*i.e.*, without requiring a subpoena). The Trust shall be subject to any sanction for any wrongful failure or refusal on the part of the Diocese to cooperate with the Trust to comply with discovery obligations as if such failure or refusal were solely the Trust's failure or refusal.

> The Clerk of Court is directed to (i) terminate the Roman Catholic Diocese of Rockville Centre, New York and the Official Committee of Unsecured Creditors of the Roman Catholic Diocese of Rockville Centre, New York as parties in this case, (ii) add Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust as Plaintiff in this case, and (iii) amend the case caption accordingly.
>
> SO ORDERED.   February 18, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge