IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                Plaintiff,<br><br>  against<br><br>ARROWOOD INDEMNITY COMPANY, in Liquidation,<br><br>                Defendant. | Case No. 20-CV-11011 (JLR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Reed Smith LLP, specifically John B. Berringer, Timothy P. Law, and Esther Y. Kim, hereby withdraw as counsel for Plaintiff, The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"). Per this Honorable Court's Order of February 18, 2025 [Dkt. 214] (the "February 18, 2025 Order"), the Diocese has been terminated as a party and substituted as Plaintiff by Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust. The February 18, 2025 Order authorizes counsel for the Diocese to withdraw their appearances. In accordance with the February 18, 2025 Order, Counsel for the Trustee will separately be filing a notice of appearance.

    This withdrawal of appearance will have no effect of any timeline in this matter, and will cause no prejudice, as the substituted Plaintiff is represented by Timothy W. Burns and Jesse J. Bair of Burns Bair LLP.

1

Dated: February 19, 2025 **REED SMITH LLP**

By:    /s/ Timothy P. Law
Timothy P. Law, Esq. (*pro hac vice*)
Esther Y. Kim, Esq.
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com
E-mail: esther.kim@reedsmith.com

John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: jberringer@reedsmith.com

*Counsel for Plaintiff the Roman Catholic Diocese of Rockville Centre, New York*

## CERTIFICATION OF SERVICE

I hereby certify that I caused to be filed the foregoing Notice of Withdrawal of Appearance using this Court's ECF System which will send notification of such filing on all counsel of record by electronic mail.

**REED SMITH LLP**

Dated: February 19, 2025             */s/ Timothy P. Law*