UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,

                Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the Telephone Conference held on August 19, 2025, the Court ORDERS the following:

1. On or before **August 29, 2025**, the parties shall meet and confer regarding the stipulation as to the Royal insurance policies' provisions. To the extent that all issues cannot be resolved by way of stipulation, any further policy-related discovery shall be completed by **October 15, 2025**.

2. The date by which the parties must meet and confer regarding all discovery disputes and file a joint letter raising any disputed discovery issues to the Court's attention is EXTENDED from July 31, 2025 up to and including **October 15, 2025**.

3. A telephone conference to discuss the status of discovery is scheduled for **October 29, 2025 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

4. The deadline for filing all motions related to the Royal policies is **EXTENDED** from June 30, 2025 up to and including **November 1, 2025**.

5. On or before **December 2, 2025**, the parties shall meet and confer and file a joint status report and proposed case management plan with the Court.

6. A case management conference is scheduled for **December 9, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:   New York, New York
         August 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**