UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,

                  Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

                  Defendant.

---

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the Telephone Conference held today, October 2, 2025 (the "Conference"), on or before **October 23, 2025**, non-party The Roman Catholic Diocese of Brooklyn, New York ("DOB") shall provide Arrowood Indemnity Company ("Arrowood") and Alan D. Halperin, solely as Trustee of The Roman Catholic Diocese of Rockville Centre, New York ("DRVC") Abuse Claims Trust ("Halperin") a document-by-document index (the "Index") of Father Romano Ferraro's personnel file indicating: (i) a brief description of each document, (ii) the date of each document, and (iii) whether the DOB contends the document is relevant to the issue of the DRVC's knowledge or notice of Father Ferraro's misconduct. On or before **October 23, 2025**, DOB shall submit a copy of the Index to the Court through a secure link that the Court will provide to counsel via email. On or before **October 10, 2025**, the parties shall order a copy of the Conference transcript using the annexed form.

Dated:    New York, New York
            October 2, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |