UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,

                Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the Telephone Conference held today, October 29, 2025 (the "Conference"), the Court orders as follows:

1. By **Monday, November 10, 2025**, Defendant shall meet and confer with non-party The Roman Catholic Diocese of Brooklyn regarding the index of Father Ferraro's personnel file (see Dkt. Nos. 222; 228) and file a status letter.

2. By **Friday, December 5, 2025 at noon**, the parties shall file a joint letter on the status of the discovery discussed during the Conference (see Dkt. No. 233), and a proposed case management plan. The December 2, 2025 deadline for a joint status report and proposed case management plan at Dkt. No. 221 is VACATED.

3. By **Tuesday, November 4, 2025**, the parties shall order a copy of the Conference transcript using the annexed form.

Dated:    New York, New York
          October 29, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

**RESET**    **PRINT**    **SAVE**    **EMAIL**