

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

ADAM M. SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

December 4, 2025

<u>Via ECF</u>
The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     **Re:** *Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust v. Arrowood Indemnity Company, in Liquidation*
       **Case No. 1:20-cv-11011-JLR-SLC**

Dear Magistrate Judge Cave:

  We represent Plaintiff, Arrowood Indemnity Company, in Liquidation ("Arrowood"), in the above-referenced matter. We submit this request jointly with Plaintiff, Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust ("Trust"), for leave to exceed the 1,050 word-limit contained in § I.A. of Your Honor's Individual Practices in Civil Cases in connection with the joint status letter that the parties are due to file by tomorrow at noon. (*See* ECF No. 234). The parties are still working to finalize the draft, but do not anticipate the submission being more than 2,000 words in length.

  We greatly appreciate the Court's courtesies and consideration regarding this request.

            Respectfully submitted,

            COUGHLIN MIDLIGE & GARLAND LLP

            *Adam M. Smith*

            Adam M. Smith, Esq.

cc:  All counsel via ECF

3501174