UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,

                               Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

                               Defendant.

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the telephone conference held today, December 9, 2025 (the "Conference"), the Court **ORDERS** the following:

1. By **December 17, 2025**, Plaintiff Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust (the "Trust"), shall file for the Court's review in connection with the request of Defendant Arrowood Indemnity Company ("Arrowood") for a document custodian deposition (see Dkt. No. 240 at 3), a copy of the deposition transcript(s) of the Diocese's document custodian, Krista Ammirati.

2. By **December 12, 2025**, Arrowood shall serve a copy of this Order on non-party Diocese of Brooklyn ("DOB") and file proof of service.  By **December 17, 2025**, Arrowood shall file a letter, limited to 700 words, identifying the documents from Father Ferraro's personnel file that Arrowood has requested from the DOB but as to which the DOB has asserted a relevance objection.  By **January 5, 2026**, the DOB shall file a response.

3. By **January 15, 2026**, the Trust shall file a letter, limited to 1,050 words, asserting why Arrowood should produce documents concerning reserves set by Arrowood for the

abuse claims (the "Reserve Information").  By **February 6, 2026**, Arrowood shall file a response.  To the extent that Arrowood is asserting that the Reserve Information is privileged, Arrowood shall email no more than three (3) exemplar documents to Chambers at Cave_NYSDChambers@nysd.uscourts.gov for in camera review.  By **February 16, 2026**, the Trust shall file its reply.

4. By **January 15, 2026**, Arrowood shall file a letter, limited to 1,050 words, setting forth its challenges to the Trust's assertions of attorney-client privilege, work product protection, and/or confidentiality.  By **February 6, 2026**, the Trust shall file a response and email no more than 20 exemplar documents (at least two from each of Arrowood's challenged categories set forth in the parties' joint letter at Dkt. No. 240) to Chambers at Cave_NYSDChambers@nysd.uscourts.gov for in camera review.  By **February 16, 2026**, Arrowood shall file its reply.

5. Another telephone conference to discuss the status of discovery is scheduled for **January 7, 2026 at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

6. By **December 12, 2025**, the parties shall order a copy of the Conference transcript using the annexed form.

Dated:      New York, New York
            December 9, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

NOTE:  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|