

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

ADAM M. SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

December 17, 2025

*Via ECF*

Hon. Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Re:    ***Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust v. Arrowood
> Indemnity Company, in Liquidation***
> Case No. 1:20-cv-11011-JLR-SLC

Dear Magistrate Judge Cave:

We write to provide the Court with Arrowood Indemnity Company, in Liquidation's ("Arrowood") position regarding the 422 pages it has requested from Fr. Romano Ferraro's[1] 1,395-page personnel file (the "File"), to which the Diocese of Brooklyn ("DOB") has objected to production on relevance grounds. Attached as **Exhibit A** is a list of the documents from the File requested by Arrowood. There are 18 pages which DOB previously produced and an additional 128 pages it has agreed to produce in response to the Subpoena. The 422 pages requested by Arrowood satisfy the "extremely broad concept" of relevancy under FRCP 26(b)(1) and should be produced by the DOB. Lockton Partners, LLC v. Stone Point Cap. LLC, 2025 U.S. Dist. LEXIS 102535, at *3 (S.D.N.Y. May 29, 2025). Arrowood and DOB's prior submissions and exchange of communications regarding these documents can be found at ECF Nos. 222, 222-2, 222-3, 222-4, 226, 227 and 240-1.

The requested pages are communications that potentially concern the DOB's knowledge of Ferraro's abusive proclivities or, in some instances, reference specific reports of abuse. These documents are relevant because of the possibility that DRVC had access to the File and/or was told about its contents, as well as the pattern and practice of the Catholic Church and its dioceses to conceal claims of abuse and protect alleged perpetrators. That some of the documents may not, on their face, indicate that the information was transmitted to DRVC does not mean that DRVC officials were never notified. Furthermore, information about Ferraro's abuse of other victims, and DOB's pattern and practice of dealing with that abuse, is relevant to DRVC's conduct with respect to the same issue, especially given the geographic proximity and historic relationship between the two dioceses and their sharing of personnel. These documents are therefore relevant regardless of

---

[1] Ferraro is among the top five DRVC perpetrators in terms of number of claims.

3505708



Hon. Sarah L. Cave
December 17, 2025
Page 2 of 2

whether the abuse occurred before or after Ferraro was working in DRVC.[2] Documents in the File employing euphemisms such as "spiritual" or "medical" status; "sick leave" or reassignment are likewise relevant.[3] Finally, to the extent the documents indicate that DRVC had no prior notice of Ferraro's abusive propensities, that information is relevant to whether the DRVC had any legal obligation to pay damages for the Ferraro claims as required under the Arrowood policies to trigger coverage.

In sum, the highlighted pages from the File index are relevant to the coverage issues in this action, are not subject to any recognized protection from disclosure and should be produced by the DOB.

Respectfully submitted,

COUGHLIN MIDLIGE & GARLAND LLP

/s/ *Adam M. Smith*

Adam M. Smith, Esq.

cc:    counsel of record (via ECF)
       Dennis J. Artese (via email)
       Thomas Dupont (via email)

---

[2] See C.T. v. Diocese of Brooklyn, 239 A.D.3d 784, 786 (2d Dep't 2025) (documents relating to post-abuse investigation were "material and necessary" to "establish whether the Diocese had actual or constructive notice of [the perpetrator's] alleged propensity to engage in the sexual abuse of children"); Trinidad v. Roman Catholic Diocese of Brooklyn, 2023 U.S. Dist. LEXIS 102166 (E.D.N.Y. June 13, 2023) ("Other victims' allegations of abuse are relevant to show a pattern of conduct of which the…Diocese [was] aware but failed to address.").
[3] See e.g., May 6, 2002 Suffolk County Grand Jury Report at p. 174 ("Diocesan officials used the hollow promise of treatment and re-assignment for offenders…to guarantee their silence. This had the further effect of concealing and preventing the discovery of heinous crimes committed by priests."); E.T. v. Diocese of Brooklyn, 2023 N.Y. Misc. LEXIS 7707, at *14 (Sup. Ct. Queens Cty. Feb. 14, 2023) (requiring disclosure of priest medical records and holding that DOB "cannot shield these records by using the euphemism 'alcohol abuse' when the issue is child sexual abuse.").

3505708

# EXHIBIT A

**Ferraro Personnel File Documents Requested By Arrowood**
(***Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust v. Arrowood Indemnity Company, in Liquidation***, Case No. 20-cv-11011 (JLR) (SLC))

FerraroRJ1-0000007 – 0000009

FerraroRJ1-0000031

FerraroRJ1-0000040

FerraroRJ1-0000063 – 0000066

FerraroRJ1-0000120

FerraroRJ1-0000124 – 0000125

FerraroRJ1-0000128 – 0000131

FerraroRJ1-0000304

FerraroRJ1-0000314 – 0000317

FerraroRJ1-0000320

FerraroRJ1-0000323 – 0000324

FerraroRJ1-0000332

FerraroRJ1-0000337

FerraroRJ1-0000339

FerraroRJ1-0000345

FerraroRJ1-0000354

FerraroRJ1-0000357 – 0000358

FerraroRJ1-0000364 – 0000365

FerraroRJ1-0000367

FerraroRJ1-0000369 – 0000371

FerraroRJ1-0000384 – 0000390

FerraroRJ1-0000392

FerraroRJ1-0000413 – 0000417

FerraroRJ1-0000429 – 0000430

FerraroRJ1-0000434 – 0000450

FerraroRJ1-0000452 – 0000455

FerraroRJ1-0000464 – 0000468

FerraroRJ1-0000474 – 0000499

FerraroRJ1-0000509

FerraroRJ1-0000636 – 0000637

FerraroRJ1-0000652

FerraroRJ1-0000663 – 0000665

FerraroRJ1-0000671 – 0000673

FerraroRJ1-0000675 – 0000677

FerraroRJ1-0000680 – 0000681

FerraroRJ1-0000818 – 0000820

FerraroRJ1-0000830

FerraroRJ1-0000840 – 0000841

FerraroRJ1-0000849 – 0000859

FerraroRJ1-0000862 – 0000918

FerraroRJ1-0000942 – 0000943

FerraroRJ1-0000946 – 0000948

FerraroRJ1-0000968 – 0000969

FerraroRJ1-0001033 – 0001034

FerraroRJ1-0001036 – 0001039

FerraroRJ1-0001046 – 0001051

FerraroRJ1-0001054 – 0001060

FerraroRJ1-0001064 – 0001074

FerraroRJ1-0001076

FerraroRJ1-0001079

FerraroRJ1-0001090 – 0001093

FerraroRJ1-0001095 – 0001096

FerraroRJ1-0001099 – 0001103

FerraroRJ1-0001107 – 0001115

FerraroRJ1-0001118 – 0001127

FerraroRJ1-0001131 – 0001140

FerraroRJ1-0001147 – 0001149

FerraroRJ1-0001151 – 0001152

FerraroRJ1-0001155 – 0001156

FerraroRJ1-0001158

FerraroRJ1-0001160 – 0001164

FerraroRJ1-0001167 – 0001174

FerraroRJ1-0001179 – 0001189

FerraroRJ1-0001192 – 0001194

FerraroRJ1-0001196 – 0001202

FerraroRJ1-0001207 – 0001208

FerraroRJ1-0001210 – 0001214

FerraroRJ1-0001216 – 0001224

FerraroRJ1-0001226 – 0001229

FerraroRJ1-0001231 – 0001233

FerraroRJ1-0001235

FerraroRJ1-0001237

FerraroRJ1-0001253

FerraroRJ1-0001256 – 0001262

FerraroRJ1-0001264 – 0001277

FerraroRJ1-0001285 – 0001287

FerraroRJ1-0001298 – 0001302

FerraroRJ1-0001305 – 0001314

FerraroRJ1-0001316 – 0001319

FerraroRJ1-0001322

FerraroRJ1-0001325 – 0001326

FerraroRJ1-0001329 – 0001330

FerraroRJ1-0001333

FerraroRJ1-0001337 – 0001338

FerraroRJ1-0001340 – 0001359

FerraroRJ1-0001362 – 0001366

FerraroRJ1-0001370 – 0001372

FerraroRJ1-0001375

FerraroRJ1-0001392 - 0001393