UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,<br><br>                              Plaintiff,<br><br>     -v-<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>                              Defendant. | CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)<br><br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Before the Court is the request of Defendant Arrowood Indemnity Company ("Arrowood") for a deposition of a document custodian "to understand the scope of the Diocese [of Rockville Center]'s search" for documents provided in connection with (i) the 2003 Suffolk County Supreme Court Special Grand Jury Report (the "Grand Jury Materials") and (ii) a survey and report by John Jay College, published in 2004, concerning sexual abuse in the Catholic Church (the "John Jay Materials"). (Dkt. Nos. 240 at 3 (the "Request"); 246 at 12–15). Plaintiff Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust (the "Trust"), objects to the request on the grounds that it has already produced existing, responsive documents that were in the Diocese's control, and that the Diocese's document custodian, Krista Ammirati ("Ms. Ammirati"), has testified about the search for the Grand Jury Materials so any additional deposition would be disproportionate to the needs of the case. (Dkt. Nos. 240 at 3; 246 at 14–15). Arrowood "disagrees that Ms. Ammirati ever provided testimony in any adversary proceeding which [sic] answered the questions Arrowood has about the maintenance and production of the Grand Jury or John Jay [Materials]." (Dkt. No. 240 at 3).

Following a conference with the parties on December 9, 2025, the Court instructed the Trust to file for the Court's review copies of the transcript(s) of Ms. Ammirati's deposition testimony. (Dkt. No. 242 at 1). On December 17, 2025, the Trust submitted two transcripts of her deposition testimony, one dated May 23, 2023, and one dated February 28, 2024. (Dkt. Nos. 244; 244-1; 244-2 (the "Transcripts")).

The Court having now reviewed the Transcripts, Arrowood's Request is **DENIED**. Ms. Ammirati, an archivist for the Diocese since 2015, was asked during both depositions about the Grand Jury Materials but testified that she was never asked to search for and did not know if the Diocese's archives housed the Grand Jury Materials. (Dkt. Nos. 244-1 at 16, 101:5–102:17; 244-2 at 30). Ms. Ammirati was also asked during the first deposition about the John Jay Materials but similarly testified that she was not asked to search for and did not know whether the Diocese's archives housed those materials. (Dkt. No. 244-1 at 107:18–109:8). Ms. Ammirati also testified that, during her tenure, no documents in the Diocese's archives have been destroyed. (Dkt. No. 244-2 at 7, 25–26). Ms. Ammirati's testimony makes clear that she did not conduct a search for the Grand Jury or the John Jay Materials, and Arrowood has not demonstrated why reopening Ms. Ammirati's deposition would shed any further light on the location of these materials.

Accordingly, Arrowood's Request is **DENIED**.

Dated:     New York, New York
           December 30, 2025                SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2