UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN D. HALPERIN, solely as Trustee of the
DRVC Abuse Claims Trust,

                              Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

                              Defendant.

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the telephone conference held today, January 7, 2026 (the "Conference"), the Court **ORDERS** the following:

1. By **January 9, 2026**, Arrowood Indemnity Company ("Arrowood") shall serve a copy of this Order on non-party Diocese of Brooklyn ("DOB") and file proof of service.

2. By **January 14, 2026**, DOB shall produce to Arrowood the 146, plus the additional 6, documents that the DOB indicated at the Conference it was willing and prepared to produce.

3. By **January 14, 2026**, DOB shall submit for the Court's in camera review and determination of relevance the following documents via the file share link the Court will provide to DOB's counsel: FerraroRJI-0000120, 314–17, 332, 384–90, 392, 413–17, 636–37, 818–20, 830, 840–41, 968–69, 1033–34, 1036–39, 1196–1202, 1392–93.

4. The parties' cross-motions on the issue of whether Plaintiff Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust (the "Trust") has the obligation to prove that the Diocese had a legal obligation to pay the underlying victims' claim as to trigger coverage under the Arrowood policies shall proceed as follows:

a. By **February 23, 2026**, the Trust shall file its motion (the "Motion"), limited to 3,500 words;

b. By **March 20, 2026**, Arrowood shall file its opposition to the Motion and its cross-motion ("Cross-Motion"), collectively limited to 3,500 words;

c. By **April 3, 2026**, the Trust shall file its reply in further support of the Motion and its opposition to the Cross-Motion, collectively limited to 1,750 words;

d. By **April 10, 2026**, Arrowood shall file its reply in further support of the Cross-Motion, limited to 1,750 words.

5. The parties are encouraged to discuss with their clients consenting to Magistrate Judge jurisdiction for purposes of resolving the Motion and Cross-Motion.

6. By **January 12, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

Dated:      New York, New York
            January 7, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|