

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

ADAM M. SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

January 15, 2026

> Arrowood's request at Dkt. No. 254 is **GRANTED**. The word limit for Arrowood's letter setting forth its challenges to the Trust's assertions of attorney-client privilege, work product protection, and/or confidentiality, due today, **January 15, 2026**, (Dkt. No. 242), is **EXTENDED** to 1,600 words. The word limit for the Trust's response, due by **February 6, 2026**, is also **EXTENDED** to 1,600 words. Arrowood's reply, due by **February 16, 2026**, shall be limited to 1,050 words.
>
> SO ORDERED.    January 15, 2026
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**Via ECF**
The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust v. Arrowood Indemnity Company, in Liquidation*
            Case No. 1:20-cv-11011-JLR-SLC

Dear Magistrate Judge Cave:

    We represent Plaintiff, Arrowood Indemnity Company, in Liquidation ("Arrowood"), in the above-referenced matter. We submit this request with the consent of Plaintiff, Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust ("Trust"), for leave to exceed the 1,050 word-limit contained in § I.A. of Your Honor's Individual Practices in Civil Cases and Your Honor's December 9, 2025 Order (ECF#242) in connection with the Arrowood's letter setting forth its challenges to the Trust's assertions of attorney-client privilege, work product protection, and/or confidentiality. Arrowood is still working to finalize the draft but does not anticipate the submission being more than 1,600 words in length.

    We greatly appreciate the Court's courtesy and consideration regarding this request.

                                  Respectfully submitted,

                                  COUGHLIN MIDLIGE & GARLAND LLP

                                  *Adam M. Smith*

                                  Adam M. Smith, Esq.

cc:    All counsel via ECF

3515105