

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

ADAM M SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

KAREN H. MORIARTY, ESQ.
DIRECT DIAL: (973) 631-6027
EMAIL: KMORIARTY@CMG.LAW

February 17, 2026

> Arrowood's motion to seal at Dkt. No. 269 is **GRANTED**. The sealed documents filed by Arrowood at Dkt. Nos. 270 and 270-1 shall remain sealed. The Clerk of Court is respectfully directed to close Dkt. No. 269.
>
> SO ORDERED.    February 19, 2026
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

***Via ECF***

Hon. Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Re:    ***Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust v. Arrowood Indemnity Company, in Liquidation***
> **Case No. 1:20-cv-11011-JLR-SLC**

Dear Magistrate Judge Cave:

Pursuant to Rule I.F. Electronic Filing Under Seal of Your Honor's Individual Practice Rules and ECF Rules and Instructions, Section 6, of the United States District Court for the Southern District of New York, Arrowood moves to seal certain "confidential" documents produced in this ligation submitted in support of Arrowood's reply brief in further support of its challenges to the Trust's assertions of privilege.

The Roman Catholic Diocese of Rockville Centre, New York (now the Trust) and Arrowood Indemnity Company, now in liquidation, have agreed that counsel for any party may designate any document or information as confidential if counsel determines in good faith that such designation is necessary to protect the interests of the client in information that is proprietary, a trade secret or otherwise sensitive non-public information. The parties entered a Confidentiality Stipulation and Protective Order approved by this Court, which requires the parties to maintain the confidentiality of documents designated "confidential" in this litigation. ECF No.158. Notwithstanding the designation of information as "confidential" in discovery, there is no presumption that such information shall be filed with the Court under seal and the parties shall follow the Court's procedures of requests for filing under seal. *Id*, ¶9.

It is the Trust's position that documents dated after the Arrowood coverage period are not relevant to the coverage issues before the Court. The "confidential" documents that are the subject of this motion are examples of documents created post-1976 that reference abuse during the 1957-1976 time period and reflect knowledge of the Diocesan officials regarding that abuse. Information about claims of sexual abuse and what the Diocese knew and when is confidential as designated by the Diocese (now Trust), and good cause exists for the documents to remain under seal.

3529625



Hon. Sarah L. Cave
February 17, 2026
Page 2 of 2

     Arrowood respectfully requests that the Court seal the "confidential" documents attached as Exhibit A supporting its February 17, 2026 reply letter brief.

Respectfully submitted,

**COUGHLIN MIDLIGE & GARLAND LLP**

/s/ *Adam M. Smith*

Adam M. Smith, Esq.
Karen H. Moriarty, Esq.

cc:    Counsel of record (via ECF)

3529625