UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,

Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

Defendant.

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

The Court is in receipt of the letter filed by Defendant Arrowood Indemnity Company ("Arrowood") at Dkt. No. 260 setting forth its challenges to the assertions of privilege claimed by Plaintiff Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust (the "Trust"). (Dkt. No. 260 (the "Privilege Letter")).  The Court is also in receipt of the Trust's response, (Dkt. No. 264–67), and Arrowood's reply, (Dkt. No. 267–72).  A telephone conference to discuss the Privilege Letter is scheduled for **March 5, 2026, at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
          February 20, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**