UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN D. HALPERIN, solely as Trustee of the DRVC Abuse Claims Trust,

                      Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY,

                      Defendant.

CIVIL ACTION NO. 20 Civ. 11011 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

The Court held a telephone conference on March 5, 2026 ("Conference") to discuss the letter filed by Defendant Arrowood Indemnity Company at Dkt. No. 260 setting forth its challenges to the assertions of privilege claimed by Plaintiff Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust. (Dkt. No. 260 (the "Privilege Letter")). As discussed at the Conference, by **March 13, 2026**, the parties shall file a joint letter updating the Court on their efforts to resolve the issues identified in the Privilege Letter.

By **March 10, 2026**, the parties shall order a copy of the Conference Transcript using the annexed form.

Dated:    New York, New York
            March 5, 2026

SO ORDERED.

*Sarah Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]   [PRINT]   [SAVE]   [EMAIL]